STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 13 2000

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 00-00106 HG |
| Plaintiff, | FIRST SUPERSEDING INDICTMENT |
| vs. | [21 U.S.C. §§ 846, 841(a)(1); 18 U.S.C. § 2] |
| STUART SEUGASALA, (01), aka "Tone," | |
| LEO SILVA, (02), aka "Psycho," | |
| SULU PAU, (03), | |
| JOSE SERPA, (04), | |
| Defendants. | |

FIRST SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

From a date unknown, but from at least January, 1999, to on or about March 1, 2000, within the District of Hawaii and elsewhere,

STUART SEUGASALA, aka "Tone,"

LEO SILVA, aka "Psycho,"

SULU PAU, and

JOSE SERPA,

defendants herein, did conspire with each other and with others unknown to the Grand Jury to knowingly and intentionally possess with intent to distribute in excess of 50 grams of methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1).

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects thereof, the following overt acts were committed in the District of Hawaii and elsewhere by members of the conspiracy:

1) On or about July 6, 1999, LEO SILVA, aka "Psycho," met with another person at the McDonald's parking lot, located at 2121 N. Nimitz Highway, and gave the person one (1) ounce of crystal methamphetamine. The methamphetamine was originally supplied by JOSE SERPA.

2) On or about July 7, 1999, STUART SEUGASALA, aka "Tone," through the use of the telephone, discussed with another person the previous "ice" deal with LEO SILVA as well as negotiated to distribute an additional one (1) ounce "ice" deal later that day.

3) On or about July 7, 1999, LEO SILVA, aka "Psycho," met with another person at the McDonald's parking lot, located at 2121 N. Nimitz Highway, and gave the person one (1) ounce of crystal methamphetamine in exchange for $6,000 in cash. $3,000 in cash was payment for the previous day's one (1) ounce

"ice" transaction. The methamphetamine was originally supplied by JOSE SERPA.

    4)    On or about the second week of July, 1999, SULU PAU rented Room #902 at the Hawaiian Monarch Hotel for herself, SEUGASALA and SILVA.

    5)    On or about July 12, 1999, SULU PAU returned to the Hawaiian Monarch Hotel in an attempt to retrieve personal property from inside the safe of Room #902. The safe contained approximately nine (9) ounces of crystal methamphetamine and over $16,000 in cash. The methamphetamine was originally supplied by JOSE SERPA.

    6)    On or about July 16, 1999, LEO SILVA, aka "Psycho," provided another person with approximately two (2) ounces of crystal methamphetamine. The methamphetamine was originally supplied by JOSE SERPA.

    7)    On or about August 8, 1999, STUART SEUGASALA, aka "Tone," through the use of the telephone, discussed with another person losing both the cash and crystal methamphetamine from Hawaiian Monarch Hotel on July 12, 1999.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges that:

On or about July 6, 1999, in the District of Hawaii, STUART SEUGASALA, aka "Tone," LEO SILVA, aka "Psycho", and JOSE SERPA, did knowingly and intentionally possess with intent to

distribute and distribute in excess of 5 grams of crystal methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 3

The Grand Jury further charges that:

On or about July 7, 1999, in the District of Hawaii, STUART SEUGASALA, aka "Tone," LEO SILVA, aka "Psycho", and JOSE SERPA, did knowingly and intentionally possess with intent to distribute and distribute in excess of 5 grams of crystal methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 4

The Grand Jury further charges that:

On or about July 12, 1999, in the District of Hawaii, STUART SEUGASALA, aka "Tone," LEO SILVA, aka "Psycho," SULU PAU, and JOSE SERPA, did knowingly and intentionally possess with intent to distribute in excess of 50 grams of crystal methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 5

The Grand Jury further charges that:

On or about July 16, 1999, in the District of Hawaii, STUART SEUGASALA, aka "Tone," LEO SILVA, aka "Psycho," and JOSE

SERPA, did knowingly and intentionally possess with intent to distribute and distribute in excess of 50 grams of crystal methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: __April 13__, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS J. BRADY
Assistant U.S. Attorney

United States v. Stuart Seugasala, et al.
Cr. No. 00-00106 HG
"First Superseding Indictment"