CORRESPONDENCE

Jose Antonio: Serpa Cavero
Temporary Mailing Location:
c/o 04649-359
FCI Allenwood MED 2-B
P. O. Box 2000
White Deer, Pennsylvania [17887]

May 23, 2008

**RECEIVED**
CLERK U.S. DISTRICT COURT
JUN 02 2008
DISTRICT OF HAWAII

Sue Beitia, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., ROOM C-338
HONOLULU, HAWAII 96850

Re: Sentencing Transcripts or Any Document which shows CRIMINAL HISTORY CATEGORY
    Case No. 1:00CR00105-002 and 1:00CR00106-004.

Dear Miss Beitia:

As you can observe by the attached **MALE CUSTODY CLASSIFICATION FORM** for JOSE SERPA, the Criminal history Score is (08) in consequence that the PSI for JOSE SERPA had a total of ten(10) POINTS.

JUDGE SUSAN OKI MOLLWAY accepted a Motion for Misrepresentation of Criminal History Category and deducted four (4) points. Such caused for JOSE SERPA to be sentenced on Criminal History Category III instead of Category V, like the PSI recommended.

In resume, Criminal History Category was reduced from 10 POINTS to 6 POINTS by JUDGE SUSAN OKI MOLLWAY. However, the Bureau of Prisons has no record of such and is going by the PSI report to score the Criminal History.

It is requested and required that you provide **any** document or letter certifying the correct Criminal History Category (III) **and** the correct POINTS (6) to:

FEDERAL BUREAU OF PRISONS
FCI ALLENWOOD MED UNIT 2-B
<u>Attn</u>: Mr. Potora, Case Manager
P. O. Box 2500
White Deer, Pennsylvania 17887

Your help and concern to help correct the Custody Classification in this matter, by providing the necessary information is greatly appreciated. I thank you in advance for your prompt reply of mailing the requested information to the Federal Officer at the above address. Please mail me a copy of what you send to Mr. Potora.

Sincerely,

cc: file

Jose Antonio: Serpa Cavero     UCC1-308

JUN 0 2 2008

```
   ALMBU  606.00 *        MALE CUSTODY CLASSIFICATION FORM       *      05-20-2008
PAGE 001 OF 001                                                         15:46:47
                            (A) IDENTIFYING DATA
REG NO..: 04649-359              FORM DATE: 05-07-2008        ORG: ALM
NAME....: SERPA, JOSE
                                 MGTV: NONE
PUB SFTY: ALIEN,PHN ABUSE        MVED:
                            (B) BASE SCORING
DETAINER: (0) NONE               SEVERITY.......: (3) MODERATE
MOS REL.: 17                     CRIM HIST SCORE: (08) 10 POINTS
ESCAPES.: (0) NONE               VIOLENCE.......: (1) > 10 YRS MINOR
VOL SURR: (0) N/A                AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                            (C) CUSTODY SCORING
TIME SERVED.....: (5) 76-90%     PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD       TYPE DISCIP RPT: (0) GREATEST
FREQ DISCIP RPT.: (2) 1          FAMILY/COMMUN..: (4) GOOD

                       --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE   SEC TOTAL   SCORED LEV MGMT SEC LEVEL   CUSTODY  CONSIDER
 +14  +15     0         +14         LOW         N/A             IN      SAME

G5149      INMATE/DESIG FACL LEVEL MISMATCHED, HAVE DSCC ADD A MGTV
G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

*[Handwritten annotation, pointing to "10 POINTS":]* * Judge Susan Oki Mollway reduced this to (6) Points.

**LEGAL MAIL**

Jose Antonio: Serpa Cavero
c/o 04649-359
FCI Allenwood MED 2-B
P. O. Box 2000
White Deer, Pennsylvania [17887]

MAY 2 3 2008

MAY 2 3 2008

ALLENWOOD FEDERAL CORRECTIONAL INSTITUTION
WHITE DEER, PA 17887-2500

DATE _____

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

HARRISBURG PA

27 MAY 2008



Purple Heart — USA 41

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Attn: Sue Beitia, Clerk**
300 ALA MOANA BLVD., ROOM C-338
HONOLULU, HAWAII 96850